UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| Plaintiff, | : Case No.: 3:20-cv-30086 |
| v. | : |
| | : |
| **BERKSHIRE RESORTS, LLC, a Massachusetts Corporation,** | : |
| Defendant. | : |

## PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court, or administrative agency.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this June 13, 2020.

Respectfully submitted,

Attorney for Plaintiffs:

 /s/ Nicholas J. Carbone

Nicholas J. Carbone, Esq.
**NJC Law, P.C.**
245 River Street, 261
Fitchburg, MA 01420
ph. (978) 780-3200
ncarbonelaw@gmail.com