# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

---

**DEBORAH LAUFER**

*Plaintiff*

v.

**BERKSHIRE RESORTS, LLC**

*Defendant*

Civil Action No.:
**3:20-CV-30086-MGM**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Berkshire Resorts, LLC
Edward Hannify
2541 Hancock Road
Williamstown, MA 01267

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Nicholas J. Carbone, Esq
NJC Law, P.C.
245 River St., Unit 261
Fitchburg, MA 01420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Maurice Lindsay

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2020-06-16 12:04:47.0, Clerk USDC DMA

Civil Action No.: **3:20-CV-30086-MGM**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is

designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

XX Other (specify): Service made last and usual place of abode:2541 Hancock Road Williamstown Ma. 01267, an attested copy mailed firts class mail also on 6/20/20 to:Berkshire Resorts,LLC Edward Hannify.

My fees are $ _____ for travel and $_____ for services, for a total of $ **$140.00**.

I declare under penalty of perjury that this information is true.

June 20th, 2020 at 11:49AM
Date

*Server's Signature*

Massachusetts Consatble:1-978-235-5333
Office Of The Constable Raymond Gonzalez
*Printed name and title*

20 Beech Street Winchendon Ma. 01475

Licensed and Bonded BY:International Sureties,LTD Until 2022
*Server's Address*

Additional information regarding attempted service, etc: