## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH LAUFER, Individually )<br>)<br>Plaintiff, )<br>)<br>– vs – )<br>)<br>BERKSHIRE RESPORTS, LLC )<br>)<br>Defendant. ) | Case No. 3:20-cv-30086 |

## **REQUEST FOR DEFAULT**

Plaintiff, hereby requests that Default be entered against Defendant. Defendant has failed to comply with this Honorable Court's Order dated June 29, 2021.

Dated: August 5, 2021

Respectfully Submitted,

By:_____
Daniel Goldsmith Ruggiero
275 Grove Street, Suite 2-400
Newton, MA 02466
druggieroesq@gmail.com
(339) 237-0343(phone)
(339) 707-2808 (fax)

## **CERTIFICATE OF SERVICE**

I, hereby certify that on <u>August 5, 2021,</u> served through the electronic filing system a true copy of the following document:

*Motion to Strike*

Upon:

Berkshires Resorts, LLC
2541 Hancock Road
Williamstown, MA 01267

Respectfully Submitted,

By:_____
Daniel Goldsmith Ruggiero