# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Deborah Laufer )<br>　　　Plaintiff ) <br> ) <br>　　　V. ) <br> ) <br> ) <br>Berkshire Resorts, LLC. et. al. ) <br>　　　Defendants ) | **CIVIL ACTION NO.** 3:20-cv-30086-MGM |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Deborah Laufer for an order of Default for failure of the Defendant, Berkshire Resorts, LLC et. al. to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 6th day of August 2021.

**ROBERT M. FARRELL, Clerk**

By /s/ *Michael Zamorski*

Michael Zamorski, Deputy Clerk

Notice mailed to:

All Parties, Plaintiff's counsel and the Defendants Berkshire Resorts, LLC and Berkshire Valley Inn.